N° 46

*Joseph Campeau*  
*vs*  
*John Williams*

filed 3^d may 1809.

TERRITORY OF MICHIGAN, TO WIT

THE UNITED STATES *of America to Jacob Visger & Robert Abbott, judges. of the Court of the district of Huron & Detroit.* You are hereby required to cause to be produced before the judges of the Supreme Court of the territory of Michigan, to be holden for the Said territory, at Detroit, on the third monday in September next the body of John Williams, detained in our prison, under your custody, at the Suit of Joseph Campeau, as it is Said, by whatsoever name he may be called therein, together with the cause of his detention, to do and receive whatsoever our Said Supreme Court Shall then & there consider of him in this behalf; and have you then there this writ. WITNESS Augustus B. Woodward, chief judge of our Said Supreme Court, at Detroit the first day of may one thousand eight hundred nine.

PETER AUDRAIN

Clk S. C.

[In the handwriting of Peter Audrain]

TERRITORY OF MICHIGAN
DISTRICT OF HURON & DETROIT

IN obedience to the annexed writ we do Send before the Supreme Court of the territory of Michigan the body of John Williams at the Suit of Joseph Campeau, together with the cause of his detention, by virtue of a certain writ, of which the following is a copy, to wit,

TERRITORY OF MICHIGAN ⎫
DISTRICT OF HURON & DETROIT ⎰

THE UNITED STATES *of America to the Marshall of the district of Huron & Detroit* GREETING: You are hereby commanded to take John Williams, if he may be found within the district of Huron & Detroit, and him Safely Keep, So that you may have his body before the judges of our district court, at Detroit, on the first monday in august instant then & there, in our Said Court to answer Joseph Campeau in a plea that he render to the Said Joseph Campeau the Sum of two hundred & fifteen pounds, two Shillings, and one penny, new york currency, equal in value to $537.76, lawfull money of the United States, which to him he doth owe, and from him doth unjustly detain, to his damage eight hundred dollars, and of this writ make due return. WITNESS Frederick Bates, one of the judges of our Said court, at Detroit the Sixteenth day of august one thousand eight hundred Six.

(Signed)   Peter Audrain, clerk

[In the handwriting of Peter Audrain]

The following words are endorsed on the writ—to wit—

This action is brought to recover the Sum of two hundred & fifteen pounds two Shillings, and one peny new y$^k$ currency awarded by Peter Audrain Charles Moran, and Thomas M$^c$Crae jun$^r$ arbitrators indifferently named and chosen by & betwen the Said Joseph, and the Said John to arbitrate of & concerning all matters in dispute betwen the Said Joseph and the Said John, antecedent to the 25th of november 1803.  bail is dispensed with

E. Brush att$^y$ for plaintiff.

And the Marshall by his Deputy, James M$^c$Closkey, has made the following return, to wit—                         served—James M$^c$Closkey
Dep$^y$ Marshall

JACOB VISGER
ROBERT ABBOTT

[In the handwriting of Peter Audrain